E-FILED
Friday, 11 November, 2011   12:40:19 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| LORI SHICKEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:11-cv-03380-SEM-JAG |
| BLITZ U.S.A., INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, WAL-MART STORES, INC.

Date:   11/11/2011

/s/ Vincent Vigil
*Attorney's signature*

Vincent Vigil (6186207) (Lead Counsel)
*Printed name and bar number*

Gonzalez, Saggio and Harlan, L.L.C.
180 N. Stetson Ave., Suite 4525
Chicago, IL  60601
*Address*

vincent_vigil@gshllc.com
*E-mail address*

(312) 236-0475
*Telephone number*

(312) 236-1750
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI SHICKEL <br> *Plaintiff* <br> v. <br> BLITZ U.S.A., INC., et al. <br> *Defendant* | ) <br> ) <br> ) Case No.  3:11-cv-03380-SEM-JAG <br> ) <br> ) |

CERTIFICATE OF SERVICE

I certify that on  11/11/2011  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Michael Mullen, 77 W. Washington St., Suite 300, Chicago, IL 60602, mtm@episcopeltd.com ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

/s/ Vincent Vigil
*Attorney's signature*

Vincent Vigil (6186207) (Lead Counsel)
*Printed name and bar number*

Gonzalez, Saggio and Harlan, L.L.C.
180 N. Stetson Ave., Suite 4525
Chicago, IL  60601
*Address*

vincent_vigil@gshllc.com
*E-mail address*

(312) 236-0475
*Telephone number*

(312) 236-1750
*Fax number*