IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of Jordan Shickel, a Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 3:11-cv-03380-SEM-JAG |
| BLITZ U.S.A., INC; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISIION, LLC; BLITZ RE HOLDINGS, LLC; F3 BRANDS, LLC; WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.; AND WAL-MART STORES EAST, L.P. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for WAL-MART STORES, INC., DEFENDANT, incorrectly sued additionally as WAL-MART STORES EAST, INC. and WAL-MART STORES EAST, L.P., furnishes the following in compliance with Rule 11.3 of this court.

(1) The only party represented by attorney Vincent Vigil of Gonzalez, Saggio and Harlan, L.L.C. is Defendant, Wal-Mart Stores, Inc.;

(2) Wal-Mart Stores, Inc., is a corporation:

    (a) Wal-Mart Stores, Inc. has no parent corporation.

1

(b) There are no corporate stockholders which are publicly held companies owning ten (10) percent or more of the stock of Wal-Mart Stores, Inc.

(3) The law firm of Gonzalez, Saggio and Harlan, L.L.C. is the law firm whose partners or associates will appear for Defendant, Wal-Mart Stores, Inc.

| | |
|---|---|
| November 11, 2011 | /s/Vincent Vigil<br>Vincent Vigil (6186207)<br>Gonzalez, Saggio and Harlan, L.L.C.<br>Two Prudential Plaza<br>180 N. Stetson Ave., Ste. 4525<br>Chicago, IL 60601<br>Phone: 312- 236-0475<br>Fax:    312-236-1750<br>E-mail:vincent_vigil@gshllc.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael T. Mullen
>Paul B. Episcope, LLC
>77 W. Washington St., Suite 300
>Chicago, IL  60602
>Tel:     (312) 782-6636
>Fax:     (312) 782-1114
>Email: mtm@episcopeltd.com

>/s/Vincent Vigil
>Vincent Vigil (6186207)
>Gonzalez, Saggio and Harlan, L.L.C.
>Two Prudential Plaza
>180 N. Stetson Ave., Ste. 4525
>Chicago, IL 60601
>Phone: 312- 236-0475
>Fax:    312-236-1750
>E-mail:vincent_vigil@gshllc.com