E-FILED
Monday, 14 November, 2011  02:33:27 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 14 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of Jordan Shickel, a Minor,<br><br>    Plaintiff,<br><br>v.<br><br>BLITZ U.S.A., INC., LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; BLITZ RE HOLDINGS, LLC; F3 BRANDS, LLC; WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.; AND WAL-MART STORES EAST, L.P.<br><br>    Defendants. | Court No. 3:11-cv-03380-SEM-JAG<br><br>**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

    PLEASE BE ADVISED that on November 9, 2011, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC (collectively, the "Debtors") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases are now pending before The Honorable Peter J. Walsh, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Blitz U.S.A., Inc., et al.*, Chapter 11 Case No. 11-13603 (PJW).

RLF1 5586867v. 1

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…" 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Marcos A. Ramos, Esq. and Robert C. Maddox, Esq.).

Dated: November 11, 2011
      Wilmington, Delaware

                                Daniel J. DeFranceschi (No. 2732)
                                Michael J. Merchant (No. 3854)
                                Marcos A. Ramos (No. 4450)
                                Robert C. Maddox (No. 5356)
                                RICHARDS, LAYTON & FINGER, P.A.
                                One Rodney Square
                                920 North King Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 651-7700
                                Facsimile: (302) 651-7701

                                *Proposed Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of November, 2011, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

**By First Class Mail:**

Michael T. Mullen
PAUL B. EPISCOPE LLC
Suite 300
77 West Washington Street
Chicago, IL 60602

Robert C. Maddox (No. 5356)