UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD, ILLINOIS

| | |
|---|---|
| Lori Shickel and Jordan Shickel )<br>         Plaintiff        )<br>                                     )<br>         vs.                        )<br>Blitz U.S.A., Inc. et al       )<br>         Defendant       ) | Case No. 11-3380 |

## ORDER ON CASES WITH INTERVENING BANKRUPTCY

The Court has been advised that  have filed for protection under Chapter 7 of the United States Bankruptcy Code.

ACCORDINGLY, IT IS ORDERED:

1.  The Plaintiff's claims against BLITZ ACQUISITION HOLDINGS, INC., BLITZ ACQUISITION, LLC, BLITZ RE HOLDINGS, LLC, Blitz U.S.A., Inc., F3 BRANDS, LLC, LAM 2011 Holdings, LLC f/k/a BLITZ HOLDINGS, LLC  are hereby stayed.

has filed for protection under bankruptcy, United States Code.

ACCORDINGLY, IT IS ORDERED:

1.  The defendants shall file with this court and serve on all parties within ten (10) days the Notice of Automatic Stay from the bankruptcy proceedings.  Failure to file the Stay will result in this court proceeding with this case.

2.  The parties are also Ruled to Show Cause why this case should not be dismissed as to BLITZ ACQUISITION HOLDINGS, INC., BLITZ ACQUISITION, LLC, BLITZ RE HOLDINGS, LLC, Blitz U.S.A., Inc., F3 BRANDS, LLC, LAM 2011 Holdings, LLC f/k/a BLITZ HOLDINGS, LLC because of the pending bankruptcy.  This Rule is set for hearing by telephone conference call with Honorable Sue E. Myerscough, United States District Judge, Peoria, Illinois on February 13, 2012 at 2:00 pm.

3.  If the bankruptcy proceedings are dismissed or if there is any change in the automatic stay affecting this case before the date set for return of the Rule, the parties are ordered to so advise this court and all of the parties in writing.

4.  Failure to comply with this order will result in appropriate sanctions pursuant to Rule 37.

ENTER this 15th day of November, 2011.

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE