UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lori Shickel, et al            )
    Plaintiff    )
                               )
v.                             )  Case No.  11-3380
                               )
Blitz U.S.A., Inc. et al       )
    Defendant    )

**ORDER**

  This case is set for a Rule 16 conference before Magistrate Judge John A. Gorman on Thursday, January 26, 2012 at 10:00 AM ***IN PERSON*** in chambers in Peoria.
  If an agreed Discovery Plan pursuant to Fed.R.Civ.P. 26(f)(3) is filed on or before January 23, 2012, the Court will ***AUTOMATICALLY*** convert the conference to a telephone conference without further order or notice to the parties.  The Court will set up the call.  If no agreed discovery Plan is filed by said dates, counsel shall appear in person and shall bring to the conference a Plan that sets forth each party's proposals for scheduling the case and the reason for the lack of agreement.
  Primary trial counsel for each party shall participate and shall be prepared to discuss all issues listed in Fed.R.Civ.P. 16 and 26.   In addition, counsel for the parties shall report whether they will [consent to the jurisdiction of the magistrate judge](#).
  The Discovery Plan shall include, at a minimum, the items mentioned in Fed.R.Civ.P. 16(b); Fed.R.Civ.P. 26 (f)(2) and (3); and CDIL-LR 26.2(3). The Plan shall include provisions for discovery or disclosure of electronically stored information and any agreement with respect to inadvertently-disclosed work product or privileged information, using the [Sedona Principles](#) (second Edition 2007) as a guide.

ENTERED ON November 18, 2011
        s/ John A. Gorman

     JOHN A. GORMAN
  UNITED STATES MAGISTRATE JUDGE