IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
NOV 28 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of Jordan Shickel, a Minor, </br></br>Plaintiff, </br></br>v. </br></br>BLITZ U.S.A., INC., LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; BLITZ RE HOLDINGS, LLC; F3 BRANDS, LLC; WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.; AND WAL-MART STORES EAST, L.P. </br></br>Defendants. | Court No. 3:11-cv-03380-SEM-JAG </br></br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 12th day of November, 2011, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

**By First Class Mail:**

Michael T. Mullen
PAUL B. EPISCOPE LLC
Suite 300
77 West Washington Street
Chicago, IL 60602

The undersigned hereby further certifies that on the 23rd day of November, 2011, he caused a copy of the *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of*

RLF1 5619029v. 1

*Proceedings*, previously filed and served in the above-captioned proceeding, to be served upon the following parties in the manner indicated below:

<u>**By First Class Mail:**</u>

Vincent Vigil
GONZALEZ SAGGIO AND HARLAN LLC
180 North Stetson Street
Suite 4525
Chicago, IL 60601

Stephen R. Kaufmann
HEPLER BROOM LLC
Suite 100
400 S. Ninth Street
Springfield, IL 62701

Robert C. Maddox (No. 5356)