E-FILED
Tuesday, 29 November, 2011  05:06:26 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LORI SHICKEL, both individually and<br>as Mother and Next Friend of JORDAN<br>SHICKEL, a Minor,<br><br>  Plaintiffs,<br><br>v.<br><br>BLITZ U.S.A., INC; LAM 2011<br>HOLDINGS, LLC, f/k/a BLITZ<br>HOLDINGS, LLC; KINDERHOOK<br>CAPITAL FUND II, L.P.; BLITZ<br>ACQUISITION HOLDINGS, INC.;<br>BLITZ ACQUISITION, LLC;<br>BLITZ RE HOLDINGS, LLC;<br>F3 BRANDS, LLC;<br>WAL-MART STORES, INC.;<br>WAL-MART STORES EAST, INC.;<br>AND WAL-MART STORES EAST, L.P.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:11-cv-03380-SEM-JAG |

## DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.'S
## MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE COMPLAINT

Defendant, Kinderhook Capital Fund II, L.P. ("Kinderhook"), moves for dismissal of Counts IV and VIII of the Complaint and, in support, states as follows:

1. For the reasons set forth in its Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, Stay the Complaint, Kinderhook respectfully submits that, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Counts IV and VIII of the Complaint should be dismissed with prejudice or, in the alternative, stayed pursuant to 11 U.S.C. § 362(a), Rule 19 of the Federal Rules of Civil Procedure, and the Court's inherent power to manage its docket.

2. Kinderhook incorporates by reference its contemporaneously filed Memorandum

of Law in Support of Motion to Dismiss or, in the Alternative, Stay the Complaint

WHEREFORE, Kinderhook respectfully prays that the Court enter an Order dismissing Counts IV and VIII of Plaintiff's Complaint with prejudice or, in the alternative, staying the Complaint, and granting such other and further relief in its favor as the Court deems just and proper.

Dated: November 29, 2011

**FRESHFIELDS BRUCKHAUS DERINGER US LLP** (LEAD COUNSEL)

Timothy P. Harkness (admission pending)
Pamila Gudkov (admission pending)
601 Lexington Avenue
New York, NY 10022
Tel: (212) 277-4000
Tel: (212) 277-4001

**HEPLERBROOM LLC**

*/s/ Stephen R. Kaufmann*
Stephen R. Kaufmann, #03126728
Michael P. Murphy, #06284342
400 South Ninth Street Suite 100
Springfield, IL 62701
Tel: (217) 993-7146
Fax: (217) 528-3964

*Attorneys for Defendant Kinderhook Capital Fund II, L.P.*

## CERTIFICATE OF SERVICE

I certify that on **November 29, 2011**, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: Michael T. Mullen (mtm@episcopeltd.com), and Vincent Vigil (vincent_vigil@gshllc.com), and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants: Robert C. Maddox, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801.

HEPLERBROOM, LLC

By: */s/ Stephen R. Kaufmann*
Stephen R. Kaufmann, #03126728
400 S. Ninth St., Suite 100
Springfield, IL 62701
(217) 528-3674 (telephone)
(217) 528-3964 (facsimile)
E-mail: srk@heplerbroom.com
Attorneys for Defendant,
KINDERHOOK CAPITAL FUND II, L.P.