IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of JORDAN SHICKEL, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> BLITZ U.S.A., INC; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; BLITZ RE HOLDINGS, LLC; F3 BRANDS, LLC; WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.; AND WAL-MART STORES EAST, L.P. <br><br> Defendants. | Case No. 3:11-cv-03380-SEM-JAG |

**AFFIDAVIT OF CHRISTIAN MICHALIK,
MANAGING DIRECTOR OF KINDERHOOK INDUSTRIES, LLC, IN SUPPORT
OF KINDERHOOK CAPITAL FUND II, L.P.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE COMPLAINT**

I, Christian Michalik, of Kinderhook Industries, LLC, hereby declare under penalty of perjury:

1.  I am over the age of eighteen, of sound mind, and otherwise fully competent to render this Affidavit. I have personal knowledge of the matters stated herein, and they are true and correct. I make this Affidavit in support of Kinderhook Capital Fund II, L.P.'s dismissal from the above-captioned matter, on the basis that

1

Kinderhook Capital Fund II, L.P. has no involvement with the product or conduct at issue in this lawsuit.

2. I am Managing Director of Kinderhook Industries, LLC, a New York-based private equity firm.

3. Kinderhook Industries, LLC is a Delaware limited liability company with its principal place of business in New York, New York whose business is to manage investment risk through investment vehicles.

4. At all relevant times, Kinderhook Industries, LLC has managed Kinderhook Capital Fund II, L.P., a limited partnership organized under the laws of Delaware with its principal place of business in New York, New York.

5. The primary business of Kinderhook Capital Fund II, L.P. is as an investment vehicle.

6. Neither Kinderhook Industries, LLC nor Kinderhook Capital Fund II, L.P. design, manufacture, test, sell, supply, or advertise the gasoline containers at issue in this lawsuit.

7. Kinderhook Capital Fund II, L.P. is not authorized, nor has it sought authorization, to do business in the State of Illinois as a foreign corporation.

8. Kinderhook Capital Fund II, L.P. has not transacted business in the State of Illinois in connection with the events at issue in the Complaint.

9. Kinderhook Capital Fund II, L.P. has not conducted or solicited business, or engaged in any other persistent course of conduct, or derived any revenue from goods used or consumed or services rendered in Illinois in connection with the events at issue in the Complaint.

10.     Kinderhook Capital Fund II, L.P. has no offices, registered agents, directors, officers, or employees in Illinois, nor does it own or lease property, maintain bank accounts, or maintain an address or telephone listing in Illinois.

11.     Effective September 21, 2007, Blitz Acquisition, LLC, a limited liability company organized under the laws of Delaware, acquired all of the issued and outstanding capital stock of Blitz U.S.A., Inc. from Crestwood Holdings, Inc., an Oklahoma corporation.

12.     Since September 21, 2007, Defendant Blitz U.S.A., Inc. has been a wholly-owned subsidiary of Blitz Acquisition, LLC.

13.     At all relevant times, Kinderhook Capital Fund II, L.P. has owned a majority interest of Blitz Holdings, LLC (n/k/a LAM 2011 Holdings, LLC), a limited liability company organized under the laws of Delaware; Blitz Holdings, LLC has held all of the interest in Blitz Acquisition Holdings, Inc., a corporation organized under the laws of Delaware; and Blitz Acquisition Holdings, Inc. has held all of the interest in Blitz Acquisition, LLC.

14.     Each of these entities was separately formed. Kinderhook Industries, LLC and Kinderhook Capital Fund II, L.P. have at all times maintained a separate and distinct existence from LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, and Blitz U.S.A., Inc.

15.     Kinderhook Industries, LLC and Kinderhook Capital Fund II, L.P. conduct operations separately and apart from LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, and Blitz U.S.A., Inc. in separate offices. Blitz

U.S.A., Inc. has its own employees separate from those of Kinderhook Industries, LLC and Kinderhook Capital Fund II, L.P.

16.  Kinderhook Capital Fund II, L.P. maintains bank accounts and keeps financial records separate and apart from LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, and Blitz U.S.A., Inc.

17.  Kinderhook Capital Fund II, L.P. has been, at all times, a separate and viable company from LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, and Blitz U.S.A., Inc. Kinderhook Industries, LLC pays all salaries and expenses for its business, without any reliance on LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, or Blitz U.S.A., Inc. Kinderhook Capital Fund II, L.P. does not pay any salaries or expenses for LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, LLC, Blitz Acquisition, LLC, or Blitz U.S.A., Inc. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2011

_____
Christian Michalik

SUBSCRIBED AND SWORN BEFORE ME on this 29th day of November, 2011.

_____
Notary Public In and For the State of New York

Commission No.: 01RO6165025
Commission Expires: 5/7/2015

LESLIE ROSS
Notary Public, State of New York
No. 01RO6165025
Qualified in New York County
Commission Expires May 7, 2015

4