E-FILED
Friday, 02 December, 2011  11:02:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of JORDAN SHICKEL, a Minor, ) ) ) ) Plaintiffs, ) ) v. ) ) BLITZ U.S.A., INC., et al. ) ) Defendants. | Case No. 3:11-CV-03380-SEM-JAG |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.

COME NOW Plaintiffs by and through their attorney of record and, pursuant to Fed. R. Civ. P. 41, voluntarily dismiss only Defendant Kinderhook Capital Fund II, L.P. from this action, without prejudice to refiling.

/s/ Michael T. Mullen
Michael T. Mullen
Paul B. Episcope. LLC
Suite 300
77 West Washington Street
Chicago, IL 60602
Phone (312) 782-6636
Fax (312) 782-1114
mtm@episcopeltd.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the Case Management ECF system which will send notice of such filing to the following:

Stephen R. Kaufmann (srk@heplerbroom.com)

Vincent Vigil (vincent_vigil@gshllc.com)

Robert C. Maddox (MADDOX@RLF.com)

*/s/ Michael T. Mullen*