IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL and JORDAN SHICKEL, a Minor, ) ) ) Plaintiffs ) ) v. ) ) BLITZ U.S.A., INC., et al. ) ) Defendants. ) | Case No. 3:11-CV-03380-SEM-JAG |

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW Plaintiffs, by and through their attorneys of record, and respond to the Court's November 15, 2011 order to show cause why this case should not be dismissed as to Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings, LLC Blitz U.S.A., Inc., F3 Brands, LLC, LAM 2011 Holdings, LLC f/k/a Blitz Holdings, LLC because of the pending bankruptcy. In response, Plaintiffs would show the following:

1. The rights of the above-named entities are already fully protected by the automatic stay of this matter against them under 11 U.S.C. § 362 of the Bankruptcy Code which provides, in pertinent part, that "the commencement or continuation, including the issuance or employment of process, of a judicial administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]." 11 U.S.C. § 362(a)(1).

2. Should it be appropriate to do so, Plaintiffs may seek an order from the U.S. Bankruptcy Court for the District of Delaware pursuant to 11 U.S.C. § 362(d) lifting the stay of this litigation against these entities.

3. Moreover, pursuant to 28 U.S.C. § 157(b), the Bankruptcy Court does not have jurisdiction to try this lawsuit which will remain with this Court for resolution at the time the stay is lifted or the bankruptcy case is closed or dismissed, whichever occurs first.

For the above reasons, Plaintiffs respectfully show that this case should not be dismissed as to any of the defendants.

Respectfully submitted,

*/s/ Michael T. Mullen*
Michael T. Mullen
Paul B. Episcope, LLC
Suite 300
77 West Washington Street
Chicago, IL 60602
Phone (312) 782-6636
Fax (312) 782-1114
mtm@episcopeltd.com

Diane M. Breneman
BRENEMAN DUNGAN, LLC
311 Delaware
Kansas City, MO 64105
Phone (816) 421-0114
Fax     (816) 421-0112
db@litigationkc.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on December 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the Case Management ECF system which will send notice of such filing to the following:

Stephen R. Kaufmann (srk@helplerbroom.com)

Vincent Vigil (vincent_vigil@gshllc.com)

/s/ Michael T. Mullen