3:11-cv-03380-SEM-JAG # 25-2 Page 1 of 3

E-FILED
Friday, 13 January, 2012 03:14:18 PM
Clerk, U.S. District Court, ILCD



Jordan Shickel of Normal, seen here in May, is recovering at a Cincinnati hospital after being injured in a camping accident Oct. 12 in Goodfield. (Pantagraph file photo/LORI ANN COOK-NEISLER

- 
- 

CINCINNATI -- An 11-year-old Normal boy who suffered extensive burn injuries during a camping accident Oct. 12 is recovering at a Cincinnati children's hospital's burn unit, his parents said Friday.

Jordan Shickel suffered third-degree burns below the waist and second-degree burns elsewhere when a 5-gallon plastic gas container near a fire exploded next to him at a Goodfield camp site. He was airlifted to a Springfield hospital, then flown by jet to the Shriners Hospital for Children in Cincinnati on Oct. 19.

"He was definitely critical. Things could have gotten worse," his father, Eddie Shickel, said from Jordan's bedside Friday.

Jordan has undergone several surgeries, has been conscious this week and is doing well, Eddie said. The first skin grafs focused on Jordan's backside and down to his mid-thigh, his father said. Now, doctors have to wait a few weeks until Jordan regenerates more skin to complete the grafting.

"He's only 70 pounds, so there's not that much body to take from," Eddie said.

Lori Shickel said she suffered minor burn injuries to her hand and arm in the accident, which apparently happened when a campfire jumped over to the gas can, which exploded. She and Jordan's 14-year-old sister tended to his injuries.

"She put the fire out on his legs," Lori said.

**Thanks to the Shriners**

Eddie and Lori said they are thankful for some Central Illinois members of Shriners International, which will provide free medical care for Jordan until he turns 18. The Shriners moved quickly after the accident to prepare transportation for Jordan if the family wanted him moved to the Cincinnati hospital's renowned burn center, said Shriner Jeff Prochnow of Bloomington.

"We had everything in the works," Prochnow said. "The trigger was pulled and the jet was on its way."

Jordan could be out of the hospital in just under two months, his father said. The boy is about to begin a hospital schooling program.

Meanwhile, family and friends have flocked to Jordan's page on the CaringBridge.org Web site - 6,800 views and counting - to stay updated on his recovery. Some of his classmates at Colene Hoose Elementary School have posted messages to Jordan, who is a big Pittsburgh Steelers football fan.

"The site has been a blessing. What these kids write is just overwhelming," Eddie Shickel said.

Boy injured in camping accident recovering at Cincinnati hospital
3:11-cv-03380-SEM-JAG    # 25-2    Page 3 of 5
Page 4 of 4

Copyright 2011 pantagraph.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Posted in Local on *Friday, October 23, 2009 2:00 pm* | Tags: Jordan Shickel, Goodfield
Share This Story

Print Email ShareThis

## Other Stories

- Flick: Does Obama ever miss that Senate seat?
- Oversized load delays traffic in Normal
- Central Illinosi forecast 12/21/11
- Area calendar 12/22/11
- Tonight's forecast for 12/20/11
- Daily Digest 12/21/11
- BPD cybercrimes unit receives recognition
- Ireland to retire as township assessor

## Sponsored Links

**51 Yr Old Woman Looks 25**
Mom publishes free facelift secret that has angered doctors...
ConsumerLifestyles.org

**AARP® Auto Insurance**
Over 50? Save Avg $357* On Auto Insurance From AARP® & The Hartford.
AARP.TheHartford.com

**Dove® Cares About You**
Tips To Boost Your Self Esteem & Make A Difference In Life. Try Now!
www.Dove.us

Ads by Yahoo!



http://www.pantagraph.com/news/local/article_a0a17b28-c006-11de-a848-001cc4c002e0...    12/21/2011