### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Lori Shickel, both individually and as Motther And Next Friend of Jordan Shickel, a Minor | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 11 CV 03380 |
| Blitz, USA, Inc. LAM2011 Holdings, LLC f/k/a Blitz Holdings, LLC, Klinderhook Capital Fund II, L.P. Blitz Acquisition Holdings, Inc., Blitz Acquisition LLC, Blitz RE Holdings, LLC, F3 Brands, LLC, Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, L.P. | ) ) ) ) ) ) ) | |

### WAL-MART STORES INC.'S MOTION TO STAY CASE PENDING RESOLUTION OF BLITZ USA, INC.'S BANKRUPTCY ACTION

Defendant Wal-Mart Stores, Inc., incorrectly sued as Wal-Mart Stores East, Inc. and Wal-Mart Stores, East. L.P., ("Wal-Mart"), by and through its attorneys, Wiedner & McAuliffe, Ltd., respectfully requests Plaintiffs' claims be stayed pending resolution of Blitz USA, Inc.'s bankruptcy action pursuant to the Court's inherent power to manage its docket and for the reasons set forth in its supporting Memorandum of Law.

Dated: January 17, 2012

                                      Respectfully submitted,

                                      /s/ James W. Ozog
                                      Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105

## CERTIFICATE OF SERVICE

TO:   Diane M. Breneman, Breneman Dungan, LLC, 311 Delaware, Kansas City, MO 64105 and Michael T. Mullen, Paul B. Episcope, Ltd., 77 West Washington, St. Suite 300, Chicago, IL 60602.

I, the undersigned, certify that I served **Defendant Wal-Mart Stores, Inc.'s Motion to Stay Case Pending Resolution of Blitz USA, Inc.'s Bankruptcy Action**, via ECF system and U.S. Mail, to counsel listed above on this 17th day of January , 2012.

Dated:  January 17, 2012

/s/ James W. Ozog
Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105