E-FILED
Tuesday, 17 January, 2012   10:10:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Lori Shickel, both individually and as Mother And Next Friend of Jordan Shickel, a Minor | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 11 CV 03380 |
| Blitz, USA, Inc. LAM2011 Holdings, LLC f/k/a Blitz Holdings, LLC, Klinderhook Capital Fund II, L.P. Blitz Acquisition Holdings, Inc., Blitz Acquisition LLC, Blitz RE Holdings, LLC, F3 Brands, LLC, Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, L.P. | ) ) ) ) ) ) ) | |

**WAL-MART STORES, INC.'S MOTION FOR LEAVE TO FILE EXHBIIT B IN SUPPORT OF ITS MOTION TO STAY CASE PENDING RESOLUTION OF BLITZ USA, INC.'S BANKRUPTCY ACTION UNDER SEAL**

Defendant Wal-Mart Stores Inc., incorrectly sued as Wal-Mart Stores East, Inc. and Wal-Mart Stores East, L.P. ("Wal-Mart"), by and through its attorneys, Wiedner & McAuliffe, Ltd., and pursuant to Local Rule 5.10 respectfully requests leave to file Exhibit B offered as evidence in support of its Motion to Stay under Seal and in support states the following:

1.      The information contained in Exhibit B, Exemplar Supplier Agreement between Wal-Mart and Blitz U.S.A, Inc. and dated February 3, 2010 constitutes confidential commercial information.  The Exemplar Supplier Agreement reflects proprietary information that relates to business plans, non-public marketing information, and other information of competitive, financial or commercial significance that would disadvantage a defendant in the hands of a competitor. *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999); *Nat'l

*Council on Comp. Ins., Inc. v. Am. Int'l Group, Inc.*, No. 07 C 2898, 2007 U.S. Dist. LEXIS 91517 at *14-15 (N.D. Ill. Dec. 11, 2007).  Such information is thus entitled to protection as confidential information since it still has current applications to Wal-Mart's business operations, and is more likely than not to cause competitive harm to the business operations of Wal-Mart. *Citizens First Nat'l Bank.*, 178 F.3d 943 (7th Cir. 1999); *Nat'l Council on Comp. Ins., Inc.* at *16-17.

  2. For this reason, Exhibit B should be filed under seal and not be disclosed to the public.

  WHEREFORE, Defendant Wal-Mart Stores, Inc. respectfully requests that this Court grant its Motion for Leave to File Exhibit B in Support of Its Motion to Stay Case Pending Resolution of Blitz USA, Inc.'s Bankruptcy Action Under Seal.

 Dated:  January 17, 2012

          Respectfully submitted,

          /s/ James W. Ozog
          Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105

**CERTIFICATE OF SERVICE**

TO:   Diane M. Breneman, Breneman Dungan, LLC, 311 Delaware, Kansas City, MO 64105 and Michael T. Mullen, Paul B. Episcope, Ltd., 77 West Washington, St. Suite 300, Chicago, IL 60602.

I, the undersigned, certify that I served **Defendant Wal-Mart Stores, Inc.'s Motion for Leave to File Exhibit B Under Seal in Support of its Motion to Stay Case Pending Resolution of Blitz USA, Inc.'s Bankruptcy Action** via ECF system, to counsel listed above on this 17th day of January, 2012.

Dated:  January 17, 2012

/s/ James W. Ozog
Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105