## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Lori Shickel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 CV 03380 |
| Blitz, USA, Inc., Wal-Mart Stores, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wal-Mart Stores, Inc.

Date: 02/07/2012

*Attorney's signature*

Brian J. Benoit  6289041
*Printed name and bar number*

Wiedner & McAuliffe, Ltd.
One N. Franklin, Suite 1900
Chicago, IL  60606

*Address*

bjbenoit@wmlaw.com
*E-mail address*

(312) 855-1105
*Telephone number*

(312) 855-1792
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Lori Shickel | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 CV 03380 |
| Blitz, USA, Inc., Wal-Mart Stores, Inc. | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on  02/07/2012 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Diane M. Breneman, Michael T. Mullen, Stephen R. Kaufmann,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Robert C. Maddox.

*Attorney's signature*

Brian J. Benoit  6289041
*Printed name and bar number*

Wiedner & McAuliffe, Ltd.
One N. Franklin, Suite 1900
Chicago, IL  60606
*Address*

bjbenoit@wmlaw.com
*E-mail address*

(312) 855-1105
*Telephone number*

(312) 855-1792
*Fax number*