AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Lori Shickel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:11-CV-03380 |
| Blitz U.S.A., Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lori Shickel, both individually and as Mother and Next Friend of J.S., a Minor

Date:   02/13/2012

s/ Stacey L. Dungan
*Attorney's signature*

Stacey L. Dungan, Missouri Bar No. 37180
*Printed name and bar number*

Breneman Dungan, LLC
311 Delaware
Kansas City, MO  64105
*Address*

sd@litigationkc.com
*E-mail address*

(816) 421-0114
*Telephone number*

(816) 421-0112
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Lori Shickel )
*Plaintiff* )
v. ) Case No. 3:11-CV-03380
Blitz U.S.A., Inc., et al. )
*Defendant* )

## CERTIFICATE OF SERVICE

I certify that on  02/13/2012  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Michael T. Mullen, Robert C. Maddox, James W. Ozog, Brian J. Benoit,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Wal-Mart Stores East, L.P., and Wal-Mart Stores East, Inc.

s/ Stacey L. Dungan
*Attorney's signature*

Stacey L. Dungan, Missouri Bar No. 37180
*Printed name and bar number*

Breneman Dungan, LLC
311 Delaware
Kansas City, MO  64105
*Address*

sd@litigationkc.com
*E-mail address*

(816) 421-0114
*Telephone number*

(816) 421-0112
*Fax number*