E-FILED
Thursday, 15 March, 2012 01:12:28 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KAREN GUENIOT-KORNEGAY, ET AL.                    PLAINTIFFS

VS.                               CIVIL ACTION NO. 3:10CV429TSL-MTP

BLITZ U.S.A., INC., ET AL.                        DEFENDANTS

ORDER

This cause is before the court on the motion of plaintiff Karen Gueniot-Kornegay to lift stay against defendants Wal-Mart Stores, Inc. and Discovery Plastic, L.L.C., and defendant Wal-Mart Stores, Inc.'s motion to stay the case. Having considered the motions and responses thereto, the court concludes that for reasons well stated by the courts in <u>Smith v. Blitz U.S.A., Inc.</u>, Civil No. 11-1771 (RHK/LIB), slip op. (D. Minn. March 3, 2012), <u>Purvis v. Blitz, U.S.A., Inc.</u>, No. 7:11-cv-111 (HL), 2012 WL 645884, 1 (M.D. Ga. Feb. 28, 2012), and <u>Shickel v. Blitz USA Inc.</u>, 3:11-cv-03380-JBM/JAG (C.D. Ill. Feb. 21, 2012), plaintiff's motion to lift the stay as to Discovery Plastics, L.L.C. and Wal-Mart Stores, Inc. should be granted while Wal-Mart's motion to stay should be denied.

Accordingly, it is ordered that plaintiff's motion to lift the stay as to Discovery Plastics, L.L.C. and Wal-Mart Stores, Inc. is granted and defendant Wal-Mart Stores, Inc.'s motion to stay the case is denied. It is further ordered that this case be returned to the court's active docket and that on or before March

16, 2012, the parties contact the magistrate judge regarding an amended case management order.

SO ORDERED this 9th day of March, 2012.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE