E-FILED
Tuesday, 22 May, 2012  09:20:45 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually and** ) | |
| as Mother and Next Friend of J.S. ) | |
| a Minor, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:11-CV-03380-SEM-JAG |
| ) | |
| **BLITZ U.S.A., INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL

COMES NOW Plaintiff's counsel, Diane M. Breneman, and files this Notice of Change of Address of Plaintiff's Counsel.

Effective immediately, the new address of Breneman Dungan, LLC, including counsel Diane M. Breneman and Stacey L. Dungan, is as follows:

Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO  64106

All other contact information for Plaintiff's counsel, including phone and facsimile numbers and email addresses, remains the same.

Respectfully submitted,

s/ Diane M. Breneman
Diane M. Breneman
Attorney for Plaintiff
Missouri Bar No. 39988
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
db@litigationkc.com

CERTIFICATE OF SERVICE

    I certify that on May 22, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael T. Mullen, Robert Charles Maddox, Brian J. Benoit, and James W. Ozog.

                                                            /s Diane M. Breneman
                                                            Attorney for Plaintiff