IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Lori Shickel, both individually and as Mother and Next Friend of Jordan Shickel, a Minor<br><br>Plaintiff,<br><br>vs.<br><br>Blitz, USA, Inc., LAM 2011 Holdings, LLC f/k/a Blitz Holdings, LLC, Kinderhook Capital Fund II, L.P., Blitz Acquisition Holdings, Inc., Blitz Acquisition LLC, Blitz RE Holdings, LLC, F3 Brands, LLC, Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, L.P.,<br><br>Defendants. | EXPEDITED HEARING REQUESTED<br><br><br><br>No. 11 CV 03380 |

## WAL-MART STORES, INC.'S MOTION TO WITHDRAW ITS MOTION FOR A DISCOVERY PROTECTIVE ORDER TO QUASH PLAINTIFF'S DEPOSITION NOTICES FOR JOHN ELMBURG AND ROBERT ELMBURG

NOW COMES Defendant, Wal-Mart Stores, Inc., by its attorneys, Wiedner & McAuliffe, Ltd., and moves to withdraw its Motion for a Discovery Protective Order to Quash Plaintiff's Deposition Notices for witnesses John Elmburg and Robert Elmburg.

WHEREFORE, Defendant, Wal-Mart Stores, Inc. prays that this Court withdraw Defendant, Wal-Mart Stores, Inc.'s Motion for a Discovery Protective Order to Quash Plaintiff's Deposition Notices for witnesses John Elmburg and Robert Elmburg and any and all exhibits in support thereof.

                        Respectfully submitted,

                        WIEDNER & McAULIFFE, LTD.

                          /s/ James W. Ozog
                        Attorney for WAL-MART STORES, INC.

James W. Ozog- 2130963
Brian J. Benoit - 6289041
WIEDNER & McAULIFFE, LTD.
1 North Franklin, Suite 1900
Chicago, Illinois  60606
(312) 855-1105

**CERTIFICATE OF SERVICE**

TO:  Diane M. Breneman, Breneman Dungan, LLC, 311 Delaware, Kansas City, MO 64105 and Michael T. Mullen, Paul B. Episcope, Ltd., 77 West Washington, St. Suite 300, Chicago, IL 60602.

I, the undersigned, certify that I served **Wal-Mart's Motion to Withdraw its Motion for a Discovery Protective Order to Quash Plaintiff's Deposition Notices for John Elmburg and Robert Elmburg**, via ECF system to counsel listed above on this 27th day of November, 2012.

Dated:  November 27, 2012

                                          /s/ James W. Ozog
                                          Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105