IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Lori Shickel, both individually and as Mother and Next Friend of Jordan Shickel, a Minor<br><br>Plaintiff,<br><br>vs.<br><br>Blitz, USA, Inc., LAM 2011 Holdings, LLC f/k/a Blitz Holdings, LLC, Kinderhook Capital Fund II, L.P., Blitz Acquisition Holdings, Inc., Blitz Acquisition LLC, Blitz RE Holdings, LLC, F3 Brands, LLC, Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, L.P.,<br><br>Defendants. | **EXPEDITED HEARING REQUESTED**<br><br><br><br>No. 11 CV 03380 |

## CERTIFICATE OF COMPLIANCE

TO:   Diane M. Breneman, Breneman Dungan, LLC, 311 Delaware, Kansas City, MO 64105
Michael T. Mullen, Paul B. Episcope, Ltd., 77 West Washington, St. Suite 300, Chicago, IL 60602
Stacey Dungan, Breneman Dungan, LLC, 929 Walnut, Suite 800, Kansas City, MO 64160
Stephen R. Kaufmann, HeplerBroom LLC, 400 S. 9th Street, Suite 100, Springfield, IL 62701
Robert C. Maddox, Richards Layton & Finger, PA, One Rodney Square, 920 North King Street, Wilmington, DE 19801

I hereby certify that a copy of **Wal-Mart Stores, Inc.'s Initial Disclosures Pursuant to FRCP 26(a)(1)** has been served on all counsel of record via e-mail on this 3rd day of December, 2012.

s/James W. Ozog_____

James W. Ozog – 2130963
jwozog@wmlaw.com
Wiedner & McAuliffe, Ltd.
One N. Franklin, Suite 1900
Chicago, IL 60606
(312) 855-1792