IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Lori Shickel, both individually and as Mother And Next Friend of Jordan Shickel, a Minor )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Blitz, USA, Inc., et. al. )<br><br>Defendants. ) | No. 11 CV 03380 |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiffs, by and through Counsel, have served on December 3, 2012, in the above-entitled action by US Mail Plaintiffs Rule 26 (a)(1) Initial Disclosures on all counsel of record.

Dated: December 3, 2012

Respectfully Submitted,

*//s//Diane Breneman*

Diane M. Breneman (MOBar No. 39988)
Stacey L. Dungan (MO Bar No. 37180)
Breneman Dungan
929 Walnut, Ste. 800
Kansas City, Missouri 64106
Phone (816) 421-0114
Fax (816) 421-0114
db@litigationkc.com
sd@litigationkc.com

and

Michael T. Mullen
Paul B. Episcope. LLC
Suite 300
77 West Washington Street
Chicago, IL 60602
Phone (312)782-6636
Fax (312) 782-1114
mtm@episcopeltd.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2012, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James W. Ozog
Wiedner & McAuliffe, Ltd.
One North Franklin
Suite 1900
Chicago, IL 60606.
ATTORNEYS FOR DEFENDANT

*//s// Diane Breneman*
Diane Breneman
