# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually as as Mother and Next Friend of J.S. a Minor,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **BLITZ U.S.A., INC., et al.,** | ) ) |
| Defendants. | |

Case No. 3:11-CV-03380-SEM-JAG

## PARTIES' REPORT REGARDING THE STATUS OF
## BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's June 27, 2012 Order (Doc. 39) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

The Blitz Defendants' Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against each of the Blitz Defendants remains in place.

Respectfully submitted,

s/ Stacey L. Dungan
Stacey L. Dungan
Attorney for Plaintiff
Missouri Bar No. 37180
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

  /s/James W. Ozog
James W. Ozog

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:  Robert C. Maddox; Wal-Mart Stores East, Inc.; and Wal-Mart Stores East, L.P.

/s/ Stacey L. Dungan
Attorney for Plaintiff

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:  Robert C. Maddox; Wal-Mart Stores East, Inc.; and Wal-Mart Stores East, L.P.

/s/ Stacey L. Dungan
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **LORI SHICKEL, both individually as** | ) | |
| **as Mother and Next Friend of J.S.** | ) | |
| **a Minor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CV-03380-SEM-JAG |
| | ) | |
| **BLITZ U.S.A., INC., et al.,** | ) | |
| | | |
| Defendants. | | |

## PARTIES' REPORT REGARDING THE STATUS OF
## BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's June 27, 2012 Order (Doc. 39) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

The Blitz Defendants' Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against each of the Blitz Defendants remains in place.

Respectfully submitted,

s/ Stacey L. Dungan
Stacey L. Dungan
Attorney for Plaintiff
Missouri Bar No. 37180
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

 /s/James W. Ozog
James W. Ozog

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:  Robert C. Maddox; Wal-Mart Stores East, Inc.; and Wal-Mart Stores East, L.P.

/s/ Stacey L. Dungan
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually as as Mother and Next Friend of J.S. a Minor,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 3:11-CV-03380-SEM-JAG |
| **BLITZ U.S.A., INC., et al.,** ) | |
| **Defendants.** | |

## PARTIES' REPORT REGARDING THE STATUS OF BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's June 27, 2012 Order (Doc. 39) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

The Blitz Defendants' Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against each of the Blitz Defendants remains in place.

Respectfully submitted,

s/ Stacey L. Dungan
Stacey L. Dungan
Attorney for Plaintiff
Missouri Bar No. 37180
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

 /s/James W. Ozog
James W. Ozog

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

### CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:  Robert C. Maddox; Wal-Mart Stores East, Inc.; and Wal-Mart Stores East, L.P.

/s/ Stacey L. Dungan
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually as as Mother and Next Friend of J.S. a Minor,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 3:11-CV-03380-SEM-JAG |
| **BLITZ U.S.A., INC., et al.,** ) ) | |
| **Defendants.** | |

## PARTIES' REPORT REGARDING THE STATUS OF BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's June 27, 2012 Order (Doc. 39) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

The Blitz Defendants' Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against each of the Blitz Defendants remains in place.

                                                                           Respectfully submitted,

                                                                           s/ Stacey L. Dungan
                                                                           Stacey L. Dungan
                                                                           Attorney for Plaintiff
                                                                           Missouri Bar No. 37180
                                                                           Breneman Dungan, LLC
                                                                           929 Walnut, Suite 800
                                                                           Kansas City, MO 64106
                                                                           Phone (816) 421-0112
                                                                           Fax (816) 421-0114
                                                                           sd@litigationkc.com

                                                                            /s/James W. Ozog_____
                                                                           James W. Ozog

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

CERTIFICATE OF SERVICE

I certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:  Robert C. Maddox; Wal-Mart Stores East, Inc.; and Wal-Mart Stores East, L.P.

/s/ Stacey L. Dungan
Attorney for Plaintiff