E-FILED
Thursday, 03 January, 2013  05:06:13 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI SHICKEL, both individually and as the mother and next friend of JS, a minor, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.: 11-cv-03380-JBM-JAG |
| BLITZ U.S.A., Inc., *et al*. | ) ) ) |
| Defendants. | ) |

## ADDITIONAL APPEARANCE

To:  The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I hereby submit an additional appearance as counsel for LORI SHICKEL, individually and as the mother and next friend of JS.

Date: 1/3/13

/s/ Timothy J. Cavanagh, 6196414 IL
CAVANAGH LAW GROUP
161 N. Clark St., Ste. 2070
Chicago, IL 60601
312-425-1900, phone
312-425-1904, fax
tjc@cavanaghlawgroup.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed an Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Diane M Breneman** | Email: db@litigationkc.com |
| **Stacey Dungan** | Email: sd@litigationkc.com |
| **Michael T Mullen** | Email: mtm@episcopeltd.com |
| **Stephen R Kaufmann** | Email: srk@heplerbroom.com |
| **James W Ozog** | Email: jwozog@wmlaw.com |
| **Brian J Benoit** | Email: bjbenoit@wmlaw.com |

and I hereby certify that on January 3, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

**Robert Charles Maddox**
RICHARDS LAYTON & FINGER PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax: 302-651-7701

/s/ Timothy J. Cavanagh
_____
Timothy J. Cavanagh
CAVANAGH LAW GROUP
161 N. Clark St., Suite 2070
Chicago, IL 60601
(312) 425-1900
Fax: (312) 425-1900
tjc@cavanaghlawgroup.com