# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually and as Mother and Next Friend of J.S., a Minor,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 3:11-CV-03380-SEM-JAG |
| **BLITZ U.S.A., INC., et al.,** ) ) | |
| **Defendants.** | |

## PARTIES' REPORT REGARDING THE STATUS OF
## BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's December 28, 2013 Order (text order) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

The Blitz Defendants' Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against each of the Blitz Defendants remains in place.

Respectfully submitted,

*/s/ Stacey L. Dungan*
Stacey L. Dungan
Attorney for Plaintiff
Missouri Bar No. 37180
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

*/s/James W. Ozog*
James W. Ozog

Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL  60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.  I certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

Robert Charles Maddox
RICHARDS LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

*/s/ Stacey L. Dungan*
Attorney for Plaintiff