# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of Jordan Shickel, a Minor, <br><br>        Plaintiff, <br><br>v. <br><br>BLITZ U.S.A., INC.; LAM2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUSITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; F3 BRANDS, LLC; WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.; and WAL-MART STORES EAST, L.P. <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>Case No. 3:11-cv-03380-SEM-JAG |

## EMERGENCY JOINT MOTION TO SUSPEND SCHEDULING ORDER AND CONTINUE TRIAL SETTING PENDING FINALIZATION OF SETTLEMENT

COME NOW, Defendant Wal-Mart Stores, Inc., incorrectly sued as Wal-Mart Stores East, Inc. and Wal-Mart Stores East, L.P., ("Wal-Mart") and Plaintiff and file this Emergency Joint Motion to Suspend the Scheduling Order and Continue Trial Setting Pending Finalization of Settlement of this case and would show as follows:

1.      Blitz U.S.A., Inc. ("Blitz"), one of the Co-Defendants in this action, filed for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware, under Chapter 11 of the United States Bankruptcy Code.  Plaintiff's claims against Blitz have been stayed under 11 U.S.C. § 362(a) and now constitute claims in the Bankruptcy Court.

2. Plaintiff and Wal-Mart have participated in a number of mediation sessions with Blitz and its carriers in an effort to resolve all of the pending lawsuits across the nation related to injuries allegedly caused by portable consumer gasoline containers manufactured by Blitz.

3. The Parties believe that the negotiations have advanced to the point that it is in the Parties' best interest to suspend ongoing litigation in all cases in order to allow the Parties the opportunity to work out the final terms and language of a Settlement Agreement, Releases, and certain other issues related to the resolution of these cases, including this case.

4. The Parties request that this Court issue an Order temporarily postponing and suspending all activity and deadlines scheduled to occur in this action, including but not limited to all Scheduling Order deadlines and continuing the trial of this matter which is currently set for February 10, 2014, to enable the Parties to conclude resolution of these cases by seeking the Bankruptcy Court's approval of the terms and conditions of the Settlement.

For all of the foregoing reasons, Wal-Mart and Plaintiff respectfully request that the Court grant this motion and enter an Order suspending the Scheduling Order and All Case Activity and continuing the February 10, 2014, trial setting.

This the 2nd day of April, 2013.

Respectfully submitted,

WIEDNER & McAULIFFE, LTD.

_/s/ James W. Ozog_____
Attorneys for Wal-Mart Stores, Inc.

James W. Ozog- 2130963
Brian J. Benoit - 6289041
WIEDNER & McAULIFFE, LTD.
1 North Franklin, Suite 1900
Chicago, Illinois  60606
(312) 855-1105

## CERTIFICATE OF SERVICE

To: Diane M. Breneman, Breneman Dungan, LLC, 929 Walnut, Suite 800, Kansas City, MO 64106

Timothy J. Cavanagh, Cavanagh Law Group, 161 North Clark, Suite 2070, Chicago, IL 60601

    I, the undersigned, certify that I served **EMERGENCY JOINT MOTION TO SUSPEND SCHEDULING ORDER AND CONTINUE TRIAL SETTING PENDING FINALIZATION OF SETTLEMENT**, via ECF System to counsel listed above on this 2nd day of April, 2013.

Dated: April 2, 2013

                                                                                    /s/ James W. Ozog
                                                                       Attorney for Defendant, Wal-Mart Stores, Inc.

James. W. Ozog – 2130963
Brian J. Benoit – 6289041
jwozog@wmlaw.com
bjbenoit@wmlaw.com
Wiedner & McAuliffe, Ltd.
One North Franklin, Suite 1900
Chicago, Illinois 60606
(312)855-1105