IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI SHICKEL, both individually and as Mother and Next Friend of J.S., a Minor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:11-CV-03380-SEM-JAG |
| BLITZ U.S.A., INC., et al., | )<br>) |
| Defendants. | |

### PARTIES' REPORT REGARDING THE STATUS OF
### BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's December 28, 2013 Order (text order) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

Defendant Blitz U.S.A., Inc.'s Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against Blitz U.S.A. remains in place. The parties have reached a proposed settlement and finalized the terms of the settlement agreement and releases. The proposed settlement, which involves numerous parties and other lawsuits, requires approval by the bankruptcy court and bankruptcy creditors. A motion to approve the proposed settlement and related motions were filed with the bankruptcy court on July 24, 2013. It is anticipated that completion of all steps necessary to finalize the settlement will take several more months.

Respectfully submitted,

*/s/ Stacey L. Dungan*
Stacey L. Dungan
Missouri Bar No. 37180

Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

ATTORNEYS FOR PLAINTIFFS

*/s/James W. Ozog*
James W. Ozog
Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL 60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

ATTORNEYS FOR DEFENDANT
WAL MART STORES, INC.

**CERTIFICATE OF SERVICE**

    I certify that on August 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

                                      */s/ Stacey L. Dungan*
                                      Attorney for Plaintiff