IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually and as Mother and Next Friend of J.S., a Minor,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 3:11-CV-03380-SEM-JAG |
| **BLITZ U.S.A., INC., et al.,** ) ) | |
| **Defendants.** | |

## PARTIES' REPORT REGARDING THE STATUS OF
## BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's December 28, 2013 Order (text order) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

Defendant Blitz U.S.A., Inc.'s Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against Blitz U.S.A. remains in place.  The parties reached a settlement and diligently worked out the final terms of the settlement agreement and releases.  The proposed settlement involves numerous parties and other lawsuits and must be approved by the bankruptcy court and bankruptcy creditors.  A motion to approve the proposed settlement and related motions were filed with the Bankruptcy Court on July 24, 2013.  It is anticipated that the manufacturer of the gas can at issue in this litigation, Blitz U.S.A., Inc., will emerge from bankruptcy in the first quarter of 2014.  The plan confirmation hearing is currently scheduled for the last week of January 2014.  Plaintiff anticipates being able to report to this Court that a settlement has been finalized and approved in approximately April or May 2014.

Respectfully submitted,

*/s/ Stacey L. Dungan*
Stacey L. Dungan
Missouri Bar No. 37180
Breneman Dungan, LLC
929 Walnut, Suite 800
Kansas City, MO 64106
Phone (816) 421-0112
Fax (816) 421-0114
sd@litigationkc.com

ATTORNEYS FOR PLAINTIFFS

*/s/James W. Ozog*
James W. Ozog
Wiedner & McAuliffe, Ltd.
One North Franklin Street, Suite 1900
Chicago, IL 60606
Direct Dial: 312 596 4938
312-855-1792 fax
jwozog@wmlaw.com

ATTORNEYS FOR DEFENDANT
WAL MART STORES, INC.

## CERTIFICATE OF SERVICE

I certify that on December 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

*/s/ Stacey L. Dungan*
Attorney for Plaintiff