# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **LORI SHICKEL, both individually and as Mother and Next Friend of J.S., a Minor,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 3:11-CV-03380-SEM-JAG |
| **BLITZ U.S.A., INC., et al.,** ) ) | |
| **Defendants.** | |

## PARTIES' REPORT REGARDING THE STATUS OF
## BLITZ BANKRPUTCY PROCEEDINGS

COMES NOW Plaintiff Lori Shickel and Defendant Wal-Mart Stores, Inc. by and through their attorneys, and pursuant to the Court's December 28, 2013 Order (text order) submit this report regarding the status of Blitz U.S.A., Inc.'s bankruptcy proceedings.

Defendant Blitz U.S.A., Inc.'s Chapter 11 bankruptcy is still actively pending before the U.S. Bankruptcy Court for the District of Delaware and the automatic stay of all proceedings against Blitz U.S.A. remains in place. The parties reached a settlement involving numerous parties and other lawsuits. A motion to approve the proposed settlement and related motions were filed with the Bankruptcy Court on July 24, 2013. The Bankruptcy Court approved the bankruptcy confirmation plan and settlement on January 30, 2014 and its order confirming the plan and settlement is now final. The settlement trust has been funded and Plaintiff's settlement is ready to be paid.  Plaintiff is seeking Illinois probate court approval of the minor's settlement in the County of McLean, Illinois.  The parties anticipate being able to file a joint stipulation for voluntary dismissal with prejudice of this lawsuit by September 15, 2014.

DATED:  This 22nd day of July, 2014

| | |
|---|---|
| */s/ Stacey L. Dungan*_____<br>Stacey L. Dungan (NOT SWORN)<br>BRENEMAN DUNGAN, LLC<br>929 Walnut, Suite 800<br>Kansas City, Missouri  64106<br>Telephone:  (816) 421-0114<br>Facsimile:  (816) 421-0112<br>Email:  db@litigationkc.com | */s/  Jordan M. Tank*_____<br>Jordan M. Tank<br>WIEDNER & MCAULIFFE, LTD.<br>One North Franklin Street, Suite 1900<br>Chicago, Illinois 60606<br>312.596.4961 - Direct<br>312.855.1105 - Main<br>312.855.1792 - Fax<br>jmtank@wmlaw.com |
| ATTORNEYS FOR PLAINTIFFS LORI SHICKEL AND JORDAN SHICKEL | ATTORNEYS FOR WAL-MART STORES, INC. AND WAL-MART STORES EAST, L.P. AND WAL-MART STORES EAST, INC. |

## **CERTIFICATE OF SERVICE**

     I certify that on July 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

                                                        */s/ Stacey L. Dungan*____
                                                        Attorney for Plaintiff